UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00466

**Rene Barrera,**
*Plaintiff,*

v.

**Medical Data Systems, Inc., et al.,**
*Defendants.*

# O R D E R

On February 16, 2024, plaintiff filed a document purporting to be a notice of voluntary dismissal of defendants Equifax Information Services, LLC, and Trans Union, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 34. However, that document was not filed "before the opposing party serve[d] either an answer or a motion for summary judgment" and therefore does not comply with the rule. The court construes that document as a motion made under Rule 41(a)(2).

The court finds the terms of dismissal proper. There are no counterclaims or crossclaims that prevent dismissal. Therefore, the court grants the motion. Equifax Information Services and Trans Union are dismissed from this case with prejudice.

*So ordered by the court on February 20, 2024.*

J. CAMPBELL BARKER
United States District Judge